# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
### BEAUFORT DIVISION

| | |
|---|---|
| Luther Tuck Anderson, )<br>)<br>Plaintiff(s), )<br>)<br>vs. )<br>)<br>Wright National Flood Insurance )<br>Company, )<br>)<br>Defendant(s). ) | Civil Action No.: 9:18-CV-01250-BHH<br><br>**STIPULATION OF COUNSEL<br>AND DISMISSAL WITH PREJUDICE** |

Whereas, the undersigned counsel, representing all the parties in this case who have appeared in this matter have agreed to the following stipulations ending the case and that the case be dismissed with prejudice:

1. Federal National Mortgage Association ("Fannie Mae") and Wright National Flood Insurance Company have agreed to a settlement of the flood insurance claim for $17,595.08 with releases to be signed by Fannie Mae and Nationstar Mortgage, LLC d/b/a Mr. Cooper ("Nationstar");

2. The Plaintiff Luther Anderson agrees that he has no claim against the proceeds sought in this lawsuit as a result of the state court foreclosure action completed by Fannie Mae and Nationstar;

3. This case is dismissed with prejudice as to all claims Luther Anderson asserted against Wright National Flood Insurance Company.

(signatures on following page)

**WE SO STIPULATE:**

**Thurmond Kirchner & Timbes, P.A.**

/s/ Christopher P. Deters

**Bannister and Wyatt**

/s/Alexander Stalvey

Attorneys for Plaintiff

**Moore Ingram Johnson & Steele**

/s/ Christopher C. Mingledorff

**Freeborn & Peters, LLP**

/s/ Theodore Ira Brenner

Attorneys for Defendant Wright National Flood Insurance Company

**Tobias G. Ward, Jr., PA**

/s/ J. Derrick Jackson
J. Derrick Jackson, Fed ID 5836

**Scott & Corley, PA**

/s/Reggie Corley
Reggie Corley

Attorneys for Interested Parties Fannie Mae & Nationstar Mortgage, LLC d/b/a Mr. Cooper